**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **EDWIN MAGDONAL BAY** | **CASE NO.  1:25-CV-01920 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **BRIAN ACUNA ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

Considering the foregoing Voluntary Motion to Dismiss Habeas Petition [Doc. No. 9] filed by Petitioner, Edwin Yovany Magdonal Bay ("Petitioner"),

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion is **GRANTED**, and all claims filed by Petitioner against Defendants are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 22nd day of January 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE